AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ZIA UL HAQ
10367 College Square
Columbia, Maryland 21044,

   Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

W. RALPH BASHAM, Commissioner
United States Customs and Border Protection, and
UNITED STATES CUSTOMS AND BORDER PROTECTION, and
JONATHAN SCHARFEN, Acting Director, USCIS, and
MICHAEL CHERTOFF, Secretary, USDHS,

   Defendants

Case: 1:08-cv-01023
Assigned To : Robertson, James
Assign. Date : 6/16/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

UNITED STATES CUSTOMS AND BORDER
PROTECTION
1300 Pennsylvania Avenue, N.W.
Washington, D.C. 20229

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas A. Elliot, Esquire
Elliot & Mayock
1666 Connecticut Avenue, N.W., 5th Floor
Washington, D.C. 20009

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON     JUN 16 2008

CLERK              DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 06/30/2008 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Dottie Shermet | Paralegal |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify):  Certified mail, return receipt requested.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  07/02/2008         *Dottie Shermet*
             Date               *Signature of Server*
                                Elliot & Mayock
                                1666 Connecticut Avenue, N.W., 5th Floor
                                Washington, D.C. 20009

                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

