## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZIA UL HAQ, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>W. RALPH BASHAM, Commissioner )<br>United States Customs and Border Protection, )<br>et al., )<br>)<br>Defendants. )<br>) | Case: 1:08-cv-01023<br>Judge Robertson |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties, through their respective counsel, hereby agree that the above-captioned case be voluntarily dismissed without prejudice, as relief sought has been granted. Each side to bear its own costs and fees.

Respectfully submitted,

_/s/ Thomas A. Elliot_   _/s/ Jeffrey A. Taylor_
THOMAS A. ELLIOT, D.C. BAR #259713   JEFFREY TAYLOR, D.C. BAR #498610
Elliot & Mayock   United States Attorney
1666 Connecticut Avenue NW, 5th Floor
Washington D.C. 20009
(202) 429 1725   _/s/ Cindy Owens_
  CINDY OWENS, D.C. BAR # 491465
  Special Assistant U.S. Attorney

Counsel for Plaintiff   Counsel for Defendants

Dated: August 13, 2008